UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

KENNETH SHULER

                                Plaintiff,

                                                                                <ins>DECISION AND ORDER</ins>

                                                                                 03-CV-6212L

                                v.

PA EDWARDS, et al.,

                                Defendants.
_____

     By letter dated July 17, 2006, plaintiff, Kenneth Shuler ("Shuler") requested additional time to respond to defendants' motion for summary judgment. The request is granted and plaintiff will have until November 1, 2006 within which to respond to the summary judgment motion. No further request will be granted.

     IT IS SO ORDERED.

                                                        _____
                                                            DAVID G. LARIMER
                                                          United States District Judge

Dated: Rochester, New York
        September 11, 2006.